# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN F. GARCIA,<br>      Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED<br>SCHOOL DISTRICT,<br>      Defendant. | Case No.: EDCV 17-762 DSF (KKx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss and having denied leave to amend further,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: 3/26/18

                                      Dale S. Fischer
                                      United States District Judge